# Exhibit "A"

*New S.C. Republican Party Rules*
***11-A-6*** *and* ***11-A-7***
*(adopted June 6, 2026 and ratified*
*in convention, June 27, 2026)*

**NEW RULE 11-A-6:**

No candidate **shall** ~~may~~ be **certified** ~~nominated~~ by the Republican Party who is not, **at the time of filing,**

a) A registered **Republican** elector **for at least 90 days, and who has voted in at least two of the last three statewide Republican primaries, in this or any previous state of residence, excepting those who were not old enough to have done so, or who were unable due to active-duty military service. Failing that, a waiver may be granted prior to the candidate certification deadline for: county or municipal offices by a simple majority vote of the respective County Executive Committee; or for multi-county offices, State House, State Senate, State Constitutional and federal offices by the State Executive Committee. This rule shall take effect on July 1, 2026. (7-9-20)**

b) A registered elector in and a bona fide resident of the State of South Carolina and of the particular election district, if less than statewide, in which he offers as a candidate for office.

**NEW RULE 11-A-7:** *(succeeding sub-sections will be re-numbered)*

**No elector shall vote in a Republican primary who is not a registered Republican. A registered Republican is defined as a citizen of the United States and the State of South Carolina, who is not forbidden to vote by federal or state laws, and who has affiliated with the Republican Party by way of the state voter registration process, or will become so by virtue of voting in the Republican Primary. The State Executive Committee may adopt appropriate procedures and time-frames for registration by electors with the Party. This rule shall take effect on July 1, 2026. (7-9-20)**